IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ROBERT SCHISKEY,

                                    Plaintiff,

     v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

                                    Defendant.

Case No. 3:14 CV 00408-TC

O R D E R

     Magistrate Judge Coffin filed his Findings and Recommendation on August 7, 2014.
The matter is now before me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No
objections have been timely filed.  This relieves me of my obligation to give the factual
findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.
1982).  See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).
Having reviewed the legal principles de novo, I find no error.

     THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and
Recommendation.

     Dated this  2  day of September, 2014.

_____
Ann Aiken, United States District Judge

Order -- Page 1